**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

SAMANTHA MCCALL,

Plaintiff,

v.

AMANDA DUGGAN, et al.,

Defendants.

CASE NO. 1:26-CV-324-HAB-ALT

**OPINION AND ORDER**

On July 14, 2026, Plaintiff Samantha McCall filed a pro se Complaint accompanied by a Motion to Proceed In Forma Pauperis. (ECF Nos. 1, 2). On July 23, 2026, the Court ordered McCall to file an amended complaint addressing the deficiencies noted in the order—as well as attaching the EEOC Charge of Discrimination and Notice of Right to Sue letter—by August 24, 2026. (ECF No. 3). McCall was warned that failure to respond by the deadline would result in dismissal of the case. That deadline has come and gone without any action by McCall. Accordingly, this case is DISMISSED.

**SO ORDERED** this 30th day of September 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT